Ella Hooper, Joined by Her Husband, James S. Hooper, Plaintiffs in Error, v. The Atlantic Coast Line Railroad Company, a Corporation, Defendant in Error.

(Supreme Court of Florida, En Banc: June 4, 1907.)

Writ of error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

No appearance for either side.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. Dismissed by the court *sua sponte* for failure to file briefs.

---

Annie Biaca Ansalone, Plaintiff in Error, v. The Tampa Electric Company, a Corporation, Defendant in Error.

(Supreme Court of Florida, En Banc: June 4, 1907.)

Writ of error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

No appearance for either side.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Dismissed by the court *sua sponte* for failure to file briefs.